```
                UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION


UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

     v.         CASE NO. 2:10CR20007
                         2:12CV02028

JESUS SALAS                                           DEFENDANT
```

### **ORDER**

Now on this 20th day of June 2012, there comes on for consideration the Report and Recommendation filed herein on April 4, 2012, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 29).  The parties did not file written objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, the 28 U.S.C. § 2255 motion (Doc. 24) is DISMISSED WITH PREJUDICE.  Further, Defendant's Motions for Fast Track Application (doc. 28) and for transcripts (doc. 23) are DENIED.

IT IS SO ORDERED.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```

**AO72A**
**(Rev. 8/82)**